SHERRY *v.* ROCHESTER.

In a notice given by a traveller to a town of an injury caused by a defective highway, the day of the injury is a sufficient description of the time, in the absence of evidence that a specification of the hour was necessary.

CASE, for injuries received by a traveller on a highway. Verdict for the plaintiff. In the notice given to the town (G. L., *c.* 75, *s.* 7), the plaintiff stated that the injuries were received February 20, 1881. The defendants excepted to the ruling that the time was sufficiently stated.

*Worcester & Gafney*, for the defendants.

*Copeland & Edgerly*, for the plaintiff.

DOE, C. J. It is not found as a fact that a more specific statement of the time was necessary, and no error of law appears. *Donnelly* v. *Fall River*, 132 Mass. 299.

*Judgment on the verdict.*

BLODGETT J., did not sit: the others concurred.